# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JS - 6

| | |
|---|---|
| The Regents of the University of California, etc., et al.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Clear Channel Communications, Inc., et al,<br><br>　　　　Defendant(s). | SACV 16-00183 JVS (DFMx)<br><br>ORDER OF DISMISSAL UPON SETTLEMENT OF CASE |

　　The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

　IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 75 days</u>, to reopen the action if settlement is not consummated.

DATED: April 10, 2017

_____
James V. Selna
United States District Judge